UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM L. JENKINS, | ) |
| Movant, | ) |
| | ) No. 1-14-00053 |
| v. | ) Senior Judge Haynes |
| TENNESSEE DEPARTMENT CORRECTIONS, et al., | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 103) to grant Defendants' motion for summary judgment (Docket Entry No. 88). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion for summary judgment (Docket Entry No. 88) is **GRANTED.** This action is **DISMISSED with prejudice.**

It is so **ORDERED**.

**ENTERED** this the _1st_ day of June, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge