UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


WILLIAM L. JENKINS                    )
                                      )
                                      )
                    Plaintiff         )
                                      )
v.                                    )        NO. 1:14-0053
                                      )        JUDGE HAYNES
                                      )
                                      )
TENNESSEE DEPARTMENT                  )
OF CORRECTIONS, et al                 )
                                      )
                                      )
                                      )
                                      )
                                      )
                    Defendant         )

<u>ENTRY OF JUDGMENT</u>


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 6/1/15.


                                      KEITH THROCKMORTON, CLERK
                                      <u>s/Althea F. Straughter, Deputy Clerk</u>